IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-238-1H

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| DEQUIN BELL, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on defendant' motion regarding good time credit under the First Step Act. The government has responded, arguing that the determination of good time credit is a determination committed to the Bureau of Prisons. For the reasons stated in the government's response, defendant's motion [DE #42] is DENIED.

This 30th day of April 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26